IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVIN HARRIS, | § | |
| | § | No. 348, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2112011476 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: October 31, 2025
Decided: November 17, 2025

## ORDER

On October 2, 2025, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Devin Harris, because he had not filed an opening brief by the September 29, 2025 deadline set by the Court. On October 16, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to Harris directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Harris received the notice on October 20, 2025. A timely response to the notice was due on or before October 30, 2025. To date, Harris has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice